## Information to identify the case:

**Debtor 1**: Kelly M. Cooper
First Name  Middle Name  Last Name

**Debtor 2**: _____
(Spouse, if filing) First Name  Middle Name  Last Name

**United States Bankruptcy Court**: Western District of Texas

**Case number**: 23-10503-smr

**Social Security number or ITIN**: xxx-xx-8813
**EIN**: __-_____

**Social Security number or ITIN**: ____
**EIN**: __-_____

# Order of Discharge 12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Kelly M. Cooper
dba Palms Over Pines

10/13/23

**For the court:**

Barry D. Knight
Clerk of the Bankruptcy Court

---

## Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

### Creditors cannot collect discharged debts

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

### Most debts are discharged

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

In re:                                                                                                                   Case No. 23-10503-smr

Kelly M. Cooper                                                                                                                 Chapter 7

     Debtor

# CERTIFICATE OF NOTICE

District/off: 0542-1                                                                      User: admin                                                                      Page 1 of 2

Date Rcvd: Oct 13, 2023                                                        Form ID: 318                                                          Total Noticed: 19

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 15, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Kelly M. Cooper, 1210 Gingerlily Cove, Austin, TX 78745-3812 |
| 18494256 | | Clinical Pathology Assc., P.O. Box 141699, Austin, TX 78714-1699 |
| 18494260 | | St. David's Heart & Vascular PLLC, PO Box 848, Brentwood, TN 37024-0848 |
| 18494265 | | Texas Workforce Commission, P.O. Box 149352, Austin, TX 78714-9352 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| tr | + | EDI: QRNOSHEROW.COM | Oct 14 2023 02:08:00 | Randolph N Osherow, 342 W Woodlawn, Suite 100, San Antonio, TX 78212-3314 |
| ust | + | Email/Text: ustpregion07.au.ecf@usdoj.gov | Oct 13 2023 22:12:00 | United States Trustee - AU12, United States Trustee, 903 San Jacinto Blvd, Suite 230, Austin, TX 78701-2450 |
| 18494254 | | EDI: CAPITALONE.COM | Oct 14 2023 02:08:00 | Capital One, PO Box 60519, City of Industry, CA 91716-0519 |
| 18517624 | + | EDI: AIS.COM | Oct 14 2023 02:08:00 | Capital One N.A., by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City OK 73118-7901 |
| 18517047 | | EDI: CAPITALONE.COM | Oct 14 2023 02:08:00 | Capital One N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 18494257 | ^ | MEBN | Oct 13 2023 22:06:00 | Comenity -, PO Box 650968, Dallas, TX 75265-0968 |
| 18494255 | | EDI: JPMORGANCHASE | Oct 14 2023 02:08:00 | Chase, P.O. Box 15123, Wilmington, DE 19850 |
| 18514289 | + | Email/Text: RASEBN@raslg.com | Oct 13 2023 22:11:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 18494258 | | Email/Text: EBN@Mohela.com | Oct 13 2023 22:11:00 | MOHELA, 633 Spirit Drive, Chesterfield, MO 63005 |
| 18494259 | ^ | MEBN | Oct 13 2023 22:05:59 | Nordstrom Card Services, PO Box 100135, Columbia, SC 29202-3135 |
| 18512774 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 13 2023 22:12:54 | St Davids Medical Center, Resurgent Capital Services, PO Box 1927, Greenville, SC 29602-1927 |
| 18494261 | + | Email/PDF: HCABKNotifications@resurgent.com | Oct 13 2023 22:12:47 | St. David's Medical Center, PO Box 740794, Cinncinnati, OH 45274-0794 |
| 18494262 | + | EDI: RMSC.COM | Oct 14 2023 02:08:00 | Synchrony Bank/ Care Credit, PO Box 71715, Philadelphia, PA 19176-1715 |
| 18494263 | | EDI: RMSC.COM | | |

| | | | |
|---|---|---|---|
| 18494264 | EDI: RMSC.COM | Oct 14 2023 02:08:00 | Synchrony Bank/Lowe's, PO Box 669807, Dallas, TX 75266-0759 |
| | | Oct 14 2023 02:08:00 | Synchrony Bank/Paypal, PO Box 71707, Philadelpha, PA 19176-1707 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 15, 2023     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 13, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Elizabeth June Hickson | on behalf of Debtor Kelly M. Cooper lizhickson@hicksonlawpc.com igotnotices@hicksonlawpc.com;HicksonLawPC@jubileebk.net |
| Randolph N Osherow | rosherow@hotmail.com  rosherow@ecf.axosfs.com |
| United States Trustee - AU12 | ustpregion07.au.ecf@usdoj.gov |

TOTAL: 3