**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: February 28, 2024.**



_____
**SHAD M. ROBINSON
UNITED STATES BANKRUPTCY JUDGE**

---

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| IN RE: | § | CASE NO. 23-10503-SMR |
| | § | |
| KELLY M. COOPER, | § | |
| | § | |
| DEBTOR. | § | CHAPTER 7 PROCEEDING |

### ORDER AUTHORIZING EMPLOYMENT OF ACCOUNTANT FOR TRUSTEE

On the day this Order was signed, came for consideration the Application of Trustee to Employ Accountant and Request for Relief. It appearing that such application is proper and should be granted, it is therefore

ORDERED that the employment of Janet Rakowitz of WYSI WYG Consulting, 11024 Macaway, #2, Adkins, Texas 78101, as accountant for the estate is hereby authorized and approved at a flat rate of $500.00 without further Order of this Court.

### ###

RANDOLPH N. OSHEROW, P.C.
342 W. Woodlawn, Suite 100
San Antonio, Texas 78212
(210) 738-3001 - Telephone
(210) 737-6312 - Telefax
rosherow@hotmail.com