UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| In Re: | § | |
|---|---|---|
| | § | |
| COOPER, KELLY M. | § | Case No. 23-10503 SMR |
| | § | |
| Debtor | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that RANDOLPH N. OSHEROW, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

        OFFICE OF THE CLERK
        903 SAN JACINTO BOULEVARD, #322
        AUSTIN, TEXAS 78701

    TO: ALL CREDITORS AND OTHER PARTIES IN INTEREST.

IF YOU WANT A HEARING, YOU MUST REQUEST ONE IN WRITING AND YOU MUST RESPOND SPECIFICALLY TO EACH PARAGRAPH OF THE TRUSTEE'S FINAL REPORT. YOU MUST FILE YOUR RESPONSE WITH THE CLERK OF THE BANKRUPTCY COURT WITHIN TWENTY-ONE (21) DAYS FROM THE DATE OF THIS NOTICE, TOGETHER WITH A REQUEST FOR A HEARING AND SERVE A COPY OF BOTH UPON THE TRUSTEE, ANY PARTY WHOSE APPLICATION IS BEING CHALLENGED AND THE UNITED STATES TRUSTEE, AT THE ADDRESSES SHOWN ON THE REVERSE SIDE HEREOF; OTHERWISE THE COURT MAY TREAT THE TRUSTEE'S FINAL REPORT AS UNOPPOSED AND GRANT THE RELIEF.

Date Mailed: 04/09/2024              By: /s/ RN OSHEROW
                                                                                Chapter 7 Trustee

*RANDOLPH N. OSHEROW*
*342 West Woodlawn, Suite 100*
*San Antonio, TX 78212*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

In Re: §
§
§
COOPER, KELLY M. § Case No. 23-10503 SMR
§
Debtor §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 30,000.00 |
| and approved disbursements of | $ | 4,263.23 |
| leaving a balance on hand of[1] | $ | 25,736.77 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: RANDOLPH N. OSHEROW | $ 3,394.71 | $ 0.00 | $ 3,394.71 |
| Trustee Expenses: RANDOLPH N. OSHEROW | $ 333.05 | $ 0.00 | $ 333.05 |
| Accountant for Trustee Fees: JANET RAKOWITZ | $ 500.00 | $ 500.00 | $ 0.00 |
| Charges: CLERK, U.S. BANKRUPTCY COURT | $ 199.00 | $ 199.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 3,727.76

Remaining Balance $ 22,009.01

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 3,552.95 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 13,320.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | St Davids Medical Center | $ 737.00 | $ 0.00 | $ 737.00 |
| 000002 | JPMorgan Chase Bank, N.A. | $ 6,123.27 | $ 0.00 | $ 6,123.27 |
| 000003 | JPMorgan Chase Bank, N.A. | $ 2,853.92 | $ 0.00 | $ 2,853.92 |
| 000004 | Capital One N.A. | $ 3,606.69 | $ 0.00 | $ 3,606.69 |
| | Total to be paid to timely general unsecured creditors | | | $ 13,320.88 |
| | Remaining Balance | | | $ 8,688.13 |

Tardily filed claims of general (unsecured) creditors totaling $ 11,937.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 72.8 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000005 | Texas Workforce Commission | $ 11,937.00 | $ 0.00 | $ 8,688.13 |

Total to be paid to tardy general unsecured creditors $ 8,688.13

Remaining Balance $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ RN OSHEROW
Chapter 7 Trustee

*RANDOLPH N. OSHEROW*
*342 West Woodlawn, Suite 100*
*San Antonio, TX 78212*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.